## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 7 Case** |
| FRANK A. SANTILLI and | ) |
| MONICA D. SANTILLI | ) |
| | ) **Case No. 16-14713** |
| | ) |
| Debtor. | ) **Honorable Jacqueline P. Cox** |
| | ) |
| | ) |
| **In re:** | ) **Case No. 16-23020** |
| | ) **(Substantively Consolidated)** |
| SANTILLI LAW GROUP, LTD. | ) |
| | ) **Hearing Date:** |
| | ) |

### DECLARATION OF SAL INDOMENICO PURSUANT TO RULES 2014 AND 5002 IN SUPPORT OF APPLICATION TO RETAIN SPECIAL COUNSEL FOR THE TRUSTEE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

I, SAL INDOMENICO, being duly sworn on oath depose and state as follows:

1. I am an attorney at law admitted and in good standing to practice in the State of Illinois and before the United States District Court for the Northern District of Illinois.

2. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and make this Declaration in support of the Application to Retain Special Counsel for Deborah K. Ebner (the **"Application"**).

3. In connection with my proposed retention by Trustee in connection with the Lawsuit[1], I have researched my client database (for a finite period in the past) to determine whether I have any relationships with the following entities:

 a. Debtors;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Application.
QB\41036468.1

  b. All entities listed on Schedules E and F filed by the Santillis; and

  c. Professionals retained by Debtors' estates.

4. Based upon my search of my client database, I do not have any connection with Debtors' unsecured creditors, the United States Trustee for Region 11, his counsel, or any person employed in his office, or any other party in interest in this chapter 7 case or their respective attorneys, except as provided below.

5. With respect to Frank A. Santilli, I make the following disclosures: (a) I was retained by Mr. Santilli in connection with the Lawsuit and entered into a Contingency Fee Contract with Mr. Santilli prior to the filing of his chapter 7 bankruptcy case; (b) over the course of my career, Mr. Santilli has referred cases to me; and (c) I contacted the Illinois Attorney Registration and Disciplinary Commission informally on behalf of Mr. Santilli in connection with a complaint filed by the ARDC against Mr. Santilli, but I did not represent Mr. Santilli in that action.

6. I do not hold any interest adverse to Mr. Santilli, any of the other Debtors, or the Debtors' estates with respect to the subject matter of the Lawsuit.

7. If any matter should arise in which I am unable to represent the Trustee in connection with the Lawsuit, Trustee will obtain counsel other than myself to represent her estate in connection with the Lawsuit.

8. Neither I nor anyone in my firm has shared or agreed to share any compensation from this lawsuit with any persons other than my associates, co-counsel in Chicago or employees.

9. I am a disinterested person as that term is defined in 11 U.S.C. § 101(14) and do not hold any interest adverse to the estates. I am not related to the bankruptcy judge before whom this case is pending.

10. The Contingency Fee Contract attached to the Application as Exhibit B, provides that I be paid a contingency fee of one-third of any sum recovered, and that I will advance all costs and expenses, the repayment of which is contingent upon the outcome of the Lawsuit. I will represent the Trustee on the same terms as those set forth in the Contingency Fee Contract.

11. In the event that any potential or actual conflicts of interest are discovered, I will promptly make the appropriate disclosure.

Further Affiant sayeth naught.

_____
Sal Indomenico

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.