## CONTINGENCY FEE CONTRACT

1. **RETENTION, REVIEW AND INVESTIGATION**

The undersigned CLIENT(S) hereby retain(s) SAL INDOMENICO & ASSOCIATES, P.C. (ATTORNEYS), 161 North Clark Street, Suite 2575, Chicago, Illinois 60601; (312) 629-9200, to review and investigate a claim or cause of action against Alfred S. Vano., et al for damages sustained by: CLIENT(S). The ATTORNEYS agree to undertake a review and an investigation of this claim or cause of action to determine if the ATTORNEYS wish to proceed with representation in this cause of action.

2. **TERMINATION AND WITHDRAWAL**

The ATTORNEYS reserve the right to terminate representation and withdraw from the review and investigation if the ATTORNEYS determine that, based on the facts or the law, or lack of cooperation from the client, he is unable to continue such representation, review or investigation.

3. **REPRESENTATION AND FEES**

Should the ATTORNEYS agree to proceed to represent the CLIENT regarding the cause of action, the CLIENT agrees to pay a total contingent fee as to any sum recovered 33 1/3% (one third) of such total sum.

4. **COSTS AND EXPENSES**

ATTORNEYS agree that they will advance all costs and expenses to be incurred or incurred and to be expended or expended, during the review, investigation and representation. The repayment of such costs and expenses shall be contingent upon the outcome of the matter, and if ATTORNEYS do not make any recovery or collection by settlement or otherwise, CLIENT shall not be liable for such costs and expenses. If at the time of any settlement, recovery or collection, there is due and owing costs and expenses, the amount due shall be deducted from the CLIENT'S share of the proceeds.

APPROVED:                          SAL INDOMENICO & ASSOCIATES, P.C.

                                   BY: _____

_____
CLIENT

_____
DATE